UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-1378, 23-2019 & 23-2053

GOVERNMENT EMPLOYEES INSURANCE CO.; GEICO
INDEMNITY CO.; GEICO GENERAL INSURANCE
COMPANY; GEICO CASUALTY CO.

v.

MOUNT PROSPECT CHIROPRACTIC CENTER, P.A.,
d/b/a Mount Prospect Health Center; TERRY MCSWEENEY, D.C.; HASSAN
MEDICAL PAIN RELIEF AND WELLNESS CENTER LLC, d/b/a Hassan Spine and
Sports Medicine; SHADY HASSAN, M.D.

HASSAN MEDICAL PAIN RELIEF AND WELLNESS CENTER LLC, d/b/a Hassan
Spine and Sports Medicine; SHADY HASSAN, M.D.,
                                        Appellants in No. 23-1378

GOVERNMENT EMPLOYEES INSURANCE CO; GEICO
INDEMNITY CO; GEICO GENERAL INSURANCE CO;
GEICO CASUALTY CO

v.

CARING PAIN MANAGEMENT PC, AKA Caring Pain
Management; JINGHUI XIE, MD; FIRST CARE
CHIROPRACTIC CENTER LLC; KONSTANTINE FOTIOU, D.C.

CARING PAIN MANAGEMENT PC, AKA Caring Pain
Management; JINGHUI XIE, MD,
                                        Appellants in No. 23-2019

GOVERNMENT EMPLOYEES INSURANCE CO; GEICO
INDEMNITY CO; GEICO GENERAL INSURANCE CO;
GEICO CASUALTY CO

v.

WAEL ELKHOLY, MD; PRECISION PAIN & SPINE
INSTITUTE LLC; PRECISION SPINE & SPORTS

MEDICINE OF NEW JERSEY LLC; PRECISION
ANESTHESIA ASSOCIATES PC; ASHRAF SAKR, MD;
FOUAD KARAM, D.C.; LUIS RAMIREZ-PACHECO, MD;
LYDIA SHAJENKO, MD; STUART ATKIN, MD;
MEHRDAD LANGROUDI, MD; CHANG LEE, MD;
KHALED MORSI, MD; MONICA JOHNSON, N.P.,

Appellants in No. 23-2053

(D.N.J. Nos. 2-22-cv-00737, 2-22-cv-05017, 3-21-cv-16255)

Present: JORDAN, BIBAS, and AMBRO, <u>Circuit Judges</u>

1. Letter Motion from Attorney Brian Block, Esq. for Appellants Hassan Medical Pain Relief and Wellness Center LLC and Shady Hassan, MD in 23-1378, Attorney Brian Block, Esq. for Appellants Caring Pain Management PC and Jinghui Xie, MD in 23-2019, Attorney Brian Block, Esq. for Appellant Wael Elkholy, MD in 23-2053 Requesting Correction of Typographical Error in Opinion.

Respectfully,
Clerk/JK

_____ORDER_____

The foregoing Letter Motion from Attorney Brian Block, Esq. for Appellants Hassan Medical Pain Relief and Wellness Center LLC and Shady Hassan, MD in 23-1378, Attorney Brian Block, Esq. for Appellants Caring Pain Management PC and Jinghui Xie, MD in 23-2019, Attorney Brian Block, Esq. for Appellant Wael Elkholy, MD in 23-2053 Requesting Correction of Typographical Error in Opinion is **granted**. The Clerk is directed to file the amended opinion.

The changes do not affect the disposition of the case, the judgment remains as filed.

By the Court,

s/Thomas L. Ambro
Circuit Judge

Dated: April 26, 2024
JK/cc: All Counsel of Record